IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02424-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MELODIA DICKEY,

    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT,
DEPUTY HARVEY,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On October 30, 2015, Plaintiff, Melodia Dickey, filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.  Plaintiff will be directed to cure the following if she wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  \_\_  is not submitted
(2)  \_\_  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the **6-month**

1

**period immediately preceding** this filing (Statement submitted is dated September 29, 2015 – more than a month before the Complaint was filed on October 30, 2015).

(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) __ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) X  other: Plaintiff should also attempt to have a Prison Official sign the certification or explain why she was unable to do so.

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) __ is not on proper Court-approved form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form for filing a Prisoner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915, (with the assistance of her case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved form when curing the deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED November 4, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge