IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02424-GPG

MELODIA DICKEY,

    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT,
DEPUTY HARVEY,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Melodia Dickey, currently resides in Denver, Colorado. At the time she initiated this action, she was incarcerated in the Denver County Jail. Ms. Dickey's *pro se* Prisoner Complaint alleges deprivations of her constitutional rights pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983. (ECF No. 1). She has been granted leave to proceed *in forma pauperis*. (ECF No. 7).

    On November 4, 2015, Magistrate Judge Gallagher directed Ms. Dickey to amend her complaint if she wished to pursue her claim in this action. Specifically, Magistrate Judge Gallagher instructed Plaintiff that the Tenth Circuit has held that a slippery prison floor is not a sufficiently serious condition to warrant constitutional protection under the Eighth Amendment. (ECF No. 8 (citing *Reynolds v. Powell*, 370 F.3d 1028, 1031 (10th Cir. 2004)). Therefore, Plaintiff was instructed that in order to maintain an Eighth Amendment claim based on a slip and fall incident caused by a wet floor, she must allege unique or specialized facts about her situation. *Id.* Magistrate

Judge Gallagher warned Plaintiff that if she failed to comply with the Order to Amend within the time allowed the Court would dismiss the action without further notice.

On December 14, 2015, the envelope containing the Court's Order to Amend, which was sent to Plaintiff at the Denver County Jail, was returned to the Court and marked, "Released. Return to Sender." (ECF No. 9).  Then, on December 23, 2015, Plaintiff filed a Change of Address with the Court. (ECF No. 11).  On January 11, 2016, the Court issued a Minute Order (ECF No. 12) and directed the Clerk of Court to send Ms. Dickey the Order to Amend at her new address and provided her thirty days from the date of the Minute Order to file an Amended Complaint.  Ms. Dickey was again warned that if she failed to file an Amended Complaint within the time allowed, her complaint may be dismissed without further notice.

Plaintiff has failed to file an Amended Complaint within the time allowed as directed in the Court's November 30, 2015 Order and January 11, 2016 Minute Order.

Subsection (e)(2)(B) of § 1915 requires a court to dismiss *sua sponte* an action at any time if the action is frivolous.  A legally frivolous claim is one in which the plaintiff asserts the violation of a legal interest that clearly does not exist or asserts facts that do not support an arguable claim.  *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). The Court finds Magistrate Judge Gallagher correctly determined that Plaintiff's allegations that she slipped and fell on a puddle of water at the Denver County Jail failed to support an arguable Eighth Amendment violation.  *See Reynolds*, 370 F.3d at 1031.  Plaintiff was granted an opportunity to amend her Complaint to allege unique or specialized facts about her situation, but she failed to do so.  Therefore, the action will be dismissed as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B).

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal she must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that Plaintiff's Complaint and this action are dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  It is

FURTHER ORDERED that leave to proceed *in forma pampers* on appeal is denied.

DATED at Denver, Colorado, this  17th  day of   February  , 2016.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court